Carl E. Carlson v. Walter D. Munson (2 cases).— Motions granted, with ten dollars costs.

Magdalena Scheu v. Jacob Blun.— Motion denied, with ten dollars costs.

Max Kliger v. Samuel Rosenfeld and Another.— Motion denied, with ten dollars costs.

Joseph A. Davis v. C. C. C. & St. L. R. Co.— Motion granted, with ten dollars costs.

Henry Heileman v. C. C. C. & St. L. R. Co.— Motion granted, with ten dollars costs.

James W. Sterling v. Albert K. Chapin.— Motion denied, with ten dollars costs.

William W. Smith v. Amzi L. Barber.— Motion denied, with ten dollars costs.

Mary B. Hamlin v. Herbert W. Hamlin and Another.— Motion denied, with ten dollars costs.

James A. Grant v. Cananea Copper Company.— Motion granted.

Edwin F. Hatfield v. Isidor Strauss and Another.— Motion granted.

The People of the State of New York v. Charles M. Colmey.— Motion granted.

Guiseppe Abia v. Arthur Bollerman.— Motion granted. Settle order on notice.

Louis A. Riesgo v. James F. A. Clark and Others.— Motion denied, with ten dollars costs.

Theresa Storm and Others v. Sophie McGrover and Another.— Motion denied, with ten dollars costs.

State Board of Pharmacy v. Fred Gasau.— Application granted.

The City of New York v. American Ice Company.— Application granted.

Hugh H. Mawhinney v. Edmund C. Converse, Impleaded.— Motion granted.

Charles Hofferberth v. George Nash.— Motion granted. Settle order on notice.

Eva Van Eaden v. Central Consumers Wine Company.— Motion denied, with ten dollars costs.

Stephen Fiske and Eugene L. Bushe, Individually and as Executors of and Trustees under the Last Will and Testament of Gunning S. Bedford, 2d, Deceased, Respondents, v. Mary E. Wright and Others, Impleaded with Helen Martha Bedford, Individually and as Executrix, etc., of Gunning S. Bedford, 3d, Appellant.— Judgment affirmed, with costs. No opinion. Settle order on notice.

Tillie Goldsmith, Appellant, v. Interurban Street Railway Company, Respondent — Judgment and order affirmed, with costs. No opinion.

James A. Renwick and Edward B. Renwick, as Executors of, and The New York Life Insurance and Trust Company, as Trustee under, the Last Will and Testament of James Renwick, Deceased, Respondents, v. Manhattan Railway Company and Interborough Rapid Transit Company, Appellants.— Judgment modified by reducing amount awarded for fee damage to No. 723 Columbus ave. to $1,200, and the amount awarded for fee damage to No. 725 Columbus ave. to $1,400; and by reducing the judgment as entered for rental damage, including interest, costs and allowance, to $2,382.26, and as so modified affirmed, without costs. No opinion. Settle order on notice.

Winant W. Weir, Respondent, v. Union Railway Company of New York City, Appellant.— Judgment affirmed, with costs. No opinion.